UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

SEP 25 2006

AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

_____

LUTHER LOPEZ,

**ORDER**

Plaintiff,

-against-

9: 02-CV-1465

NATHAN PERRY,

TJM/GJD

_____Defendant

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Robert N. Isseks, Esq.<br>6 North Street<br>Middletown, NY 10940<br>*For Plaintiff* | ROBERT N. ISSEKS, ESQ. |
| Christopher E. Gurda, Esq<br>41 Dolson Avenue<br>Middletown, New York 10940<br>*For Plaintiff* | CHRISTOPHER E. GURDA, ESQ. |
| ELIOT SPITZER<br>Attorney General of the State of New York<br>The Capitol<br>Albany, New York 12224-0341<br>*For Defendant* | KELLY L. MUNKWITZ, ESQ.<br>JANICE A. DEAN, ESQ.<br>Assistant Attorneys General |

## ORDER

**McAvoy, D.J.:**

Defendant having moved for summary judgment in this action or, in the alternative that he

is entitled to qualified immunity, and plaintiff having opposed the motion and moved for summary

judgment in his favor,

**NOW,** upon consideration of all papers submitted in support and opposition to the above

motions, to wit:

1.    Notice of Motion on behalf of defendant Nathan Perry, dated June 28, 2006;

2.    Declaration of Kelly L. Munkwitz, dated June 28, 2006, with attached exhibit;

3.    Declaration of Nathan Perry, dated June 28, 2006;

4.    Statement of Material Facts on behalf of Nathan Perry, dated June 28, 2006;

5.    Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated June 28, 2006;

6.    Notice of Cross-Motion on behalf of plaintiff Luther Perry, dated June 29, 2006;

7.    Declaration of Robert N. Isseks, dated June 29, 2006;

8.    Statement of Material Facts on behalf of Luther Lopez, dated June 29, 2006;

9.    Memorandum of Law in Support of Plaintiff's Cross-Motion for Summary Judgment, dated June 29, 2006;

10.    Defendant's Response to Plaintiff's Statement of Material Facts, dated July 28, 2006; and,

11.    Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment, dated July 28, 2006,

**AND,** the Court entertaining oral argument on August 14, 2006, with Robert N. Isseks, Esq. having appeared for the plaintiff and Eliot Spitzer, Attorney General of the State of New York, Kelly L. Munkwitz, of counsel, having appeared for the defendant, and having duly deliberated upon these matters, and thereupon issuing an oral Decision from the bench, it is hereby

**ORDERED,** that plaintiff's cross-motion for summary judgment be and the same is hereby denied, and it is further

*DEFENDANT'S*

**ORDERED**, that ~~plaintiff~~'s motion for summary judgment be and the same is hereby granted,

and judgment shall be entered by the Clerk dismissing the complaint and this action against the

defendant.

Dated:    Binghamton, New York
          ~~August~~ __, 2006
          *Sept. 25*

_____
Hon. Thomas J. McAvoy
UNITED STATES DISTRICT COURT JUDGE


Approved as to Form



_____
Robert N. Isseks, Esq.
Counsel for plaintiff